[No. 70535-1-I.   Division One.   May 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MARION COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02055-4, Carol A. Schapira, J., entered June 14, 2013. *Remanded* by unpublished per curiam opinion.

[No. 71067-2-I.   Division One.   May 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN BRUSH, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 09-1-00143-8, Michael J. Sullivan, J., entered February 9, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Leach and Verellen, JJ.

[No. 71437-6-I.   Division One.   May 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE AUSTIN STACY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00205-1, Stephen M. Warning, J., entered July 17, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, J., and Grosse, J. Pro Tem. Now published at 181 Wn. App. 553.

[No. 43240-4-II.   Division Two.   May 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA ANN CLAYTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01404-7, Frank E. Cuthbertson, J., entered March 23, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Worswick, C.J., and Hunt, J.